**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 11, 2010

Clerk, U.S. Bankruptcy Court

RE: Kevin J. & Joan M. Stoudt
    Bankruptcy Case No.  5-04-56031
    Unclaimed Funds For: Bank of New York
                        PO Box 6042
                        Mount Vernon NY 10558

Dear Clerk:

Enclosed herewith please find check No.7613379 for $7,645.91 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager